**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ADAM C. COLEMAN, | : | No. 502 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| OGDEN NEWSPAPERS, INC., (D/B/A | : | |
| THE LOCK HAVEN EXPRESS); OGDEN | : | |
| PUBLICATIONS OF PENNSYLVANIA, | : | |
| INC.; ROBERT O. ROLLEY; AND JAMES | : | |
| E. RUNKLE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.